**IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**

**Plaintiff:**                                          **CASE#- C-03-CV-25-5732**

Ruth Bundy, Parent of Jannah Adens

V

**Defendant:**

**BALTIMORE COUNTY PUBLIC SCHOOL,**
*690 N Charles St, Towson, MD 21204*
And Employees of Chesapeake High School

**COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND JURY DEMAND**

# I. NATURE OF THE ACTION

1. This is a civil rights action arising from **sex-based harassment, retaliation, and deliberate indifference** in violation of **Title IX of the Education Amendments of 1972 (20 U.S.C. § 1681)** and the **United States Constitution (42 U.S.C. § 1983)**.
2. Plaintiff seeks redress for harm suffered by a minor student subjected to **gender-based humiliation, invasion of privacy, intimidation, and retaliatory discipline** by school officials.

# II. JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to:
   - **28 U.S.C. § 1331 (federal question)**
   - **28 U.S.C. § 1343 (civil rights jurisdiction)**
4. Venue is proper under **28 U.S.C. § 1391** because all events occurred in Maryland.

# III. PARTIES

5. Plaintiff Ruth Bundy is the mother and legal guardian of Jannah Aden, a minor.

FILED APR 2 4 2026

6. Defendant Baltimore County Board of Education operates public schools and receives **federal financial assistance**, subjecting it to Title IX.
7. Defendant Mr. Ashcraft was a teacher acting under color of state law.
8. Defendant Ms. Taylor and Vice Principal Belinda were administrators responsible for supervision and student safety.

# IV. FACTUAL ALLEGATIONS

## A. Vulnerable Minor Student

9. Jannah Aden was a 14-year-old freshman with no disciplinary history.
10. She had a documented medical condition (scoliosis) requiring reasonable accommodation.

## B. Sex-Based Denial of Bodily Autonomy

11. Jannah was denied restroom access under stricter conditions than other students.
12. She was forced to disclose that she was menstruating to obtain permission.
13. This conduct constitutes **sex-based differential treatment and humiliation**.

## C. Invasive and Intimidating Restroom Escort

14. Defendant Ashcraft denied restroom access, then required Jannah to accompany him.
15. He left his classroom unattended and escorted a minor female student to the restroom.
16. He remained outside while she used the restroom and monitored her return.
17. While inside, Jannah called Plaintiff in distress, stating she was frightened.
18. This conduct was:

- Gender-based
- Intrusive
- Unnecessary
- Objectively offensive

19. School administration later confirmed the conduct occurred and was inappropriate.

## D. Sexually Hostile Educational Environment

20. Defendant Ashcraft engaged in conduct that created a sexually hostile environment, including:

- Invading Plaintiff's personal space
- Sharing her desk unnecessarily
- Positioning his body in a manner exposing the outline of his genital area

21. A reasonable student would find such conduct **intimidating, humiliating, and sexually inappropriate**.

## E. Actual Knowledge and Deliberate Indifference

22. Plaintiff reported the conduct to school officials and the Board.
23. Administration reviewed surveillance footage confirming the incident.
24. Despite actual knowledge, Defendants:

- Failed to remove Jannah from the class immediately
- Failed to discipline the teacher
- Allowed continued exposure to the hostile environment

25. Such inaction constitutes **deliberate indifference under Title IX**.

## F. Retaliation for Protected Activity

26. After Plaintiff reported misconduct, Defendants escalated disciplinary threats.
27. Jannah was threatened with exclusion from school events and academic milestones.
28. The timing and pattern establish **causal retaliation**.

## G. Failure to Address Bullying

29. Jannah reported bullying, including intimidation and harassment.
30. School staff acknowledged the behavior but failed to act.
31. This further demonstrates **deliberate indifference to student safety**.

## H. Disability Discrimination

32. Jannah's scoliosis limited mobility and punctuality.
33. Defendants failed to provide reasonable accommodation and instead imposed punishment.

## I. Harm

34. As a direct result, Jannah suffered:

- Severe emotional distress
- Anxiety requiring therapy
- Educational disruption
- Loss of confidence and safety

# V. CAUSES OF ACTION

## COUNT I – TITLE IX (SEX-BASED HARASSMENT)

35. Plaintiff incorporates all preceding paragraphs.
36. Defendant Board receives federal funding.
37. The harassment was **severe, pervasive, and objectively offensive**.
38. Defendants had **actual knowledge** and responded with **deliberate indifference**.
39. The harassment deprived Plaintiff of access to educational opportunities.

## COUNT II – TITLE IX RETALIATION

40. Plaintiff engaged in protected activity by reporting misconduct.
41. Defendants took adverse action, including disciplinary threats and exclusion.
42. The actions were causally connected to the complaints.

## COUNT III – 42 U.S.C. § 1983 (SUBSTANTIVE DUE PROCESS)

43. Defendants violated Jannah's rights to:

- Bodily integrity
- Privacy

- Personal security

44. The conduct **shocks the conscience** and exceeds professional boundaries.

## COUNT IV – SECTION 504 (DISABILITY DISCRIMINATION)

45. Jannah is a qualified individual with a disability.
46. Defendants denied reasonable accommodations and imposed punitive measures.

## COUNT V – NEGLIGENCE AND NEGLIGENT SUPERVISION

47. Defendants breached their duty to supervise and protect.
48. Harm was foreseeable and preventable.

# VI. PRAYER FOR RELIEF

Plaintiff respectfully requests:

A. Compensatory damages
B. Punitive damages (against individual defendants)
C. Injunctive relief (policy changes, training, protection measures)
D. Attorney's fees under **42 U.S.C. § 1988 and Title IX**
E. Costs and any additional relief

# VII. JURY DEMAND

Plaintiff demands trial by jury.

**Respectfully submitted,**
Ruth Bundy
ruthb6803@gmail.com
410-565-2361

*Ruth Bundy*
4-24-2026

 **GOOD COUNSEL COMMUNITY HEALTHCARE SERVICES**



03/12/2026

Re: Verification of Counseling Services for Jannah Adens.

To Whom It May Concern

This is to confirm that Jannah Adens (Minor) is currently receiving psychotherapy services under my professional care.

Adens maintains regular attendance and has shown engagement in addressing the concerns that brought her to therapy. Our therapeutic work is ongoing, and I anticipate continuing treatment for the foreseeable future.

This letter is provided at the request of Adens' parent to verify her current participation in mental health treatment. Due to confidentiality regulations and ethical guidelines, I am unable to disclose specific diagnostic information or details regarding the content of our sessions without appropriate authorization from Adens' parents.

Should you require additional information, please contact me directly at 4435149141, and I will be happy to discuss what can be appropriately shared with proper authorization and release of information.

Sincerely,

Boniface Onakinor. LCPC, LCADC

Psychotherapist

Maryland Board Approved Supervisor

11-25-2025

Hi my name is Jannah Adens and I feel like I was being discriminated against, they didn't do anything about me being bullied they gave me detention every week for stuff I dont be doing, my male teacher followed me too the bathroom while I was on my Period and waited for me until I was done and I felt very uncomfottable and I called my mom an now that I m at a new School I have no Problems and I have good grades, I told mc gunnn what happened with the girl that took my chips and he said that was bullying

R.B Nothing was done about This

Case 1:26-cv-02291 Document 1-2 Filed 06/08/26 Page 8 of 38

**Academic Transcript**



**Joppatowne High School**
**555 Joppa Farm Road**
**Joppa, MD 21085**

CEEB #: 210673
Principal: Melissa Williams
Phone: (410) 612-1510

**Student:** **Adens, Jannah Aziya Lae**
Student ID: 213448
State ID: 4210551749

Birth Date: 4/6/2011
Grade: 09

**School Year:** 2026    **Grade:** 09
**Building:** Joppatowne High School

| Course | Q1 | Q2 | Q3 | Q4 | Final | Att. Credit | Earned Credit |
|--------|----|----|----|----|-------|-------------|---------------|
| Algebra I | | | | | | 1 | 0 |
| Algebra I OD (Bldg 9081) | E | | | | | 1 | 0 |
| Biology | | C | | | | 1 | 0 |
| English I | | D | | | | 1 | 0 |
| English I OD (Bldg 9081) | E | | | | | 1 | 0 |
| Ert Env Sys OD (Bldg 9081) | E | | | | | 1 | 0 |
| Fine Art Pre OD (Bldg 9081) | E | | | | | 1 | 0 |
| Fnd Fit Phy Act | | B | | B | | 0.5 | 0.5 |
| Found Tech | | E | | | | 1 | 0 |
| Found Tech OD (Bldg 9081) | A | | | | | 1 | 0 |
| Health | | | | | | 0.5 | 0 |
| Intro Algebra | | C | | C | | 1 | 1 |
| Spanish I | | E | | | | 1 | 0 |
| Spanish III OD (Bldg 9081) | E | | | | | 1 | 0 |
| US History | | D | | | | 1 | 0 |
| Us History OD (Bldg 9081) | E | | | | | 1 | 0 |

**WGT GPA:**     **UNWGT GPA:**     **Absences:** 10.5     **Credits:** 1.5

- High school credit earned while attending middle school are not factored into GPA and/or Class Rank.
- Cumulative GPA/Class Rank are updated at the end of each academic year. Values are based on last completed school year.

| | | |
|---|---|---|
| **Cumulative Weighted** | **Ending SY0** **Rank:** 0 / 0 **GPA:** 0 | |
| **Cumulative Unweighted** | **Ending SY0** **Rank:** 0 / 0 **GPA:** 0 | |
| **Total Earned Credits:** 1.5 | | |

Grading Scale
A = 90 or above
B = 80-89
C = 70-79
D = 60-69
E = Below 60

Principal: _____

Harford County Public Schools (HCPS) in Maryland are accredited by the Maryland Department of Education.

 **Ashcraft, Ch...** Sep 24

to me ⌄

Good afternoon, Jannah walked out of class today for 10 minutes without a note or pass. I reminded her of the classroom expectations as well as issued her a lunch detention for her failure to comply with classroom procedures. This will be Tomorrow during her lunch period.

## Christopher Ashcraft

Chesapeake High School Physical Education Dept.

Fitness Foundations/Fitness Mastery

Health 9/10

Date    Sep 24, 2025, 2:25 PM

View security details

Thank you for reaching out i will handle the situation. Is there any way you can contact me? 410-565-2361

Show quoted text

 Ashcraft, Ch... Sep 25

to me ⌄

Good afternoon,
Jannah did not arrive for her lunch detention today, I have notified administration and will have to follow up with the next step of consequences.

**Christopher Ashcraft**

Was she reminded that she had a lunch detention?

Show quoted text

 Ashcraft, Ch... Sep 30

to me ⌄

Good afternoon,

Yes, she was reminded of the lunch detention and was handed a physical paper slip during first period. She did sit with Mrs. Kern on Friday and serve her detention. I was hoping she would begin to make some improvements in this behavior, but Jannah was late to class again for the fourth time today. I will have to follow up with my next tier of consequences for her unexcused truancy, either a Saturday school or an after-school detention per our school policy. She will need to serve this in order to attend after school activities such as homecoming, prom, and graduation.

Date    Oct 14, 2025, 10:50 AM

🔒    Standard encryption (TLS).

View security details

Hi Ms. Bundy,
I want to thank you again for meeting with me last week.  I finally got my information system up and running yesterday morning and I was able to see the referral on Jannah for missing detention last Thursday.  She had cell phone violations in Ms. Moss's class.  I signed her up for lunch detention tomorrow.  I attempted to meet with her yesterday but she was absent, so I saw her today.  I also reminded her about the importance of getting her grades up.  I did receive a detailed email from Ms. Moss (Science teacher) on Friday after I reached out to all teachers informing them of our conversation and Jannah's plans to improve.  She said that Jannah has had an issue of having her head down in class, had been making very little effort and her grade was a 23%.  She did mention that as of October 8th, she has seen her trying to make an effort in class and she

Thank you I really appreciate your help 🙏 yes jannah was feeling sick 🥴 yesterday so I will send a note in for her.

Show quoted text

 Valentine iii,...   Oct 14      ↩   ⋮

to me ⌄

Sounds good.  Thank you as well.

**From:** The Royal family
<ruthb6803@gmail.com>
**Sent:** Tuesday, October 14, 2025 12:06 PM
**To:** Valentine iii, Russell L.
<rvalentine@bcps.org>
**Subject:** Re: J Adens

CAUTION: **This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.**

Hello gm can Jannah be excuse for today she doesn't feel good
You may call 410-565-2361

Show quoted text

 **Ashcraft, Chr...** Oct 15

to me ⌄

Good afternoon,

I can excuse Jannah from last class's work if she brings in an excuse note from her visit.

Today was Jannah's 4th day of unexcused lateness to class. I will have to complete a referral per our school policies and assign her an after-school detention/Saturday school.

## Christopher Ashcraft

Chesapeake High School Physical Education Dept.

Fitness Foundations/Fitness Mastery



**The Royal fa...** Oct 15

to Ashcraft ⌄

So she served her lunch detention for walling out to use bathroom. So im confused she was late 4 times is it because she came late or in school late. And noted for what days, and what time do your class start?

Show quoted text



**The Royal family** Oct 15

If possible I would like a phone call,



**Ashcraft, Chr...** Oct 15

to me ⌄

Date    Oct 15, 2025, 1:50 PM

🔒    Standard encryption (TLS).

View security details

She has my class starting at 1pm. Today was her 4th day late to my class without a note, while present in school for the day. She did serve her lunch detention which was the first consequence that we issue after the 3rd day of lateness. Every unexcused lateness after that comes with another level of consequence.

For her to have an excused absence, you would need to submit a note or receipt from the health care provider/clinic that she was seen by that documented her visit and illness. Please call the main office if you have any questions about the note and they can provide you with more clear details.

**Christopher Ashcraft**

 **The Royal fa...** Oct 16      ⋮

to Valentine ⌄

Gm, jannah served all.her lunch detention with principal for her 4 period class. He emailed me saying she has to do it with him or Saturday school.  That's not happening they not gonna take advantage of my daughter in a nice way. I dint feel like she should have served the detention in the first place, more than 50 kids is late in a day she the only student out the whole school late?
Secondly her history teacher told her he not opening nothing what's open is open what close it close, i think I need to go to the school board. I need a meeting with all her teachers

Show quoted text

 **Valentine iii,...** Oct 16      ⋮

to me ⌄

Hi Ms. Bundy

Date    Oct 16, 2025, 12:28 PM

🔒    Standard encryption (TLS).

View security details

Hi Ms. Bundy,
Are you saying a Principal said she has to do another detention or Saturday School or a teacher said that? I'm asking because I don't see any active offenses for her in our system. I assigned her for yesterday and I am not aware of her owing anybody else for anything at this time. I have not heard from her history teacher, so I will reach out. One of her teachers did tell me that there were assignments that she missed on days where she was there and refused to work. She said she would not be able to make those up. That was for science. I'll see what I can find out about history.

Mr. Valentine

**From:** The Royal family
<ruthb6803@gmail.com>

 **The Royal fa...**  Oct 16

to Ashcraft ⌄

Gm. she served her lunch detention with the principal for her latness in your class.  That's what the principal told her and she improved in her lateness.

Show quoted text

 **The Royal fa...**  Oct 16

to Ashcraft ⌄

She not serving no more detention for you. It was done already

Show quoted text

**B**

to me ⌄

Good morning,

I hope you are well.

I met with Jannah today to discuss a previous referral for lateness to class. Jannah stated that she struggled to get to all classes on time as she acclimated to the building this fall. We discussed the importance of being in class on time to support academic progress. I also advised that repeated lateness will result in disciplinary action.

I also linked current grades below. It is important that Jannah takes steps now to reach passing grades in her classes. This will impact her ability to earn credit for the first semester.

Jannah Adens

| Summary | Calendar | Grades | Attendance |

| Courses | | | Grade |
|---|---|---|---|
| Health 9-10  Sec 013 A PER04 | | | E 33% |
| Fundamentals Of Art  A Sec 704 B PER01 | | | E |
| Found Of Comp System  Sec 003 A PER02 | | | |

I set here and watched her do all her maje up work on her computer yesterday, now you have her assignment closed she wouldn't be able to complete them. Also jannah started late so and work thats missing bf her started date should either be excused or handed to her to complete.  I'll be up at the school today.

Show quoted text

| Summary | Calendar | Grades | Attendance | | |
|---|---|---|---|---|---|

| Courses Current | | | | | Grade |
|---|---|---|---|---|---|
| Health 1/10: Sec 019 A PER04 | | | | | E 33% |
| Fundamentals Of Art (A)  Sec 004 B PER01 | | | | | E 17% |
| Found Of Comp Sci Hon  Sec 001 A PER02 | | | | | C 72% |
| Spanish 3 Hon (A)  Sec 001 A PER01 | | | | | E 54% |
| Earth Systems (A)  Sec 001 B PER02 | | | | | E 24% |
| Algebra 1 (A)  Sec 003 B PER04 | | | | | E 42% |
| US History (A)  Sec 050 A PER03 | | | | | E 5% |

 image.png

Good morning,

I am not available to meet today. I am happy to schedule another time with you.

A productive next step would be to connect with teachers to identify actions that can be taken at this point in the marking period to improve grades. I recommend supporting Jannah in sending messages to teachers to request support or ask course-based questions.

The BCPS grading policy states that students receive two weeks to complete an assignment from the date it is assigned. Unfortunately, Jannah will not have access to complete assignments that were from the beginning of the marking period.

Sincerely,


Logan Belinda
Assistant Principal
Chesapeake High School STEM Academy
Baltimore County Public Schools
443-809-0100



**The Royal...** 5 days ago

to BELINDA ⌄

 

And your teachers disturbing her education by being up her ass on every little thing  period. I want her. Kass changed and it's illegal to tell any child  they can't use the bathroom and I have the email.

Show quoted text



 Outlook...y13.png

Date    Oct 27, 2025, 1:06 PM

🔒    Standard encryption (TLS).

View security details

Good afternoon,
Today Jannah was late to class again. This was her 5th day late to class without a pass. Per our school rules and policies, I will have to issue her an after-school detention/Saturday school.

Kindly,
Mr. Ashcraft

## Christopher Ashcraft

Chesapeake High School Physical Education Dept.

Fitness Foundations/Fitness Mastery

Health 9/10

# Chesapeake High School Physical Education Dept.

## Fitness Foundations/Fitness Mastery

## Health 9/10

 **The Royal...** 6 days ago

to Ashcraft ⌄

Fm, sorry to i firm you that that will not happen. Please stop harassing my daughter, and following her ro the restroom
 No excuses, and you should not share a desk with my daughter?

Show quoted text

Date  Oct 29, 2025, 7:07 AM

View security details

Hello gm MR. Valentine? Jannah is feeling well this morning, so please excuse her for today? Also can you call me about the video? Appreciated, thank you

 Valentine...  6 days ago         ⋮

to me ∨

Good morning.  I apologize for not getting back to you yesterday.  I'm actually out of the building the rest of this week.   Mr. McWilliams and I watched the video yesterday from 1:00-1:45pm from Monday. We never saw the teacher leave the room. Room LL1.  Also, there were 2 adults monitoring the bathroom from the hall and several students there much of the time. Also, the bathroom door is kept open, so

when possible.

Mr. Valentine

Sent from my T-Mobile 5G Device
Get Outlook for Android

**From:** The Royal family
<ruthb6803@gmail.com>
**Sent:** Wednesday, October 29, 2025 7:07:00 AM
**To:** Valentine iii, Russell L.
<rvalentine@bcps.org>
**Subject:** Jannah adens

**CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.**

Show quoted text

The Royal family Oct 29

Date    Oct 29, 2025, 10:10 AM

View security details

I was on the phone with her, so you saying the teacher never left the classroom?

Show quoted text

 **The Royal...**  6 days ago                     ⋮

to Valentine ﹀

When you get back in office can I have a copy of each referral thats been sent to you from this teacher. We'll this the only one

Show quoted text

**Valentine...**  6 days ago

Sorry it happened monday



**Valentine...** 5 days ago

to me

.Monday is the day that we checked. I just didn't see Jannah at all, so I'm wondering if we had the correct room. According to her schedule, we did but something isn't adding up. Sometimes it helps to have the student help me check it. I'll look again next week.

Sent from my T-Mobile 5G Device
Get Outlook for Android

**From:** The Royal family
<ruthb6803@gmail.com>
**Sent:** Wednesday, October 29, 2025 10:10:12 PM

Show quoted text

Date    Oct 29, 2025, 11:40 AM

🔒    Standard encryption (TLS).

View security details

I need to check with Jannah that I was checking the correct time because I didn't even see Jannah leave.

Sent from my T-Mobile 5G Device
Get Outlook for Android

**From:** The Royal family
<ruthb6803@gmail.com>
**Sent:** Wednesday, October 29, 2025 10:11:40 AM

**To:** Valentine iii, Russell L.
<rvalentine@bcps.org>
**Subject:** Re: Jannah adens

Show quoted text

 Outlook...y13.png

  The Royal... 5 days ago      ⋮

to BELINDA ∨

And your teachers disturbing her education by being up her ass on every little thing  period. I want her. Kass changed and it's illegal to tell any child  they can't use the bathroom and I have the email.

Show quoted text



Officer chenowith

Delivered  1:07 PM

<u>10/29/2025</u>
1:00pm we talked
He stated it was not a
police matter and to talk
to the school, the officer
Henson at the school
stated yes teachers do
that

Delivered  1:09 PM

Mom can rhian come
over tomorrow so we

teacher that walked in the bathroom yesterday

Delivered   10:25 AM

He walked me to the bathroom

His name is Mr ashcraft

10:36 AM

Did he stand out side the bathroom till you was done

Delivered   11:15 AM

Yes

11:16 AM

Ok? Was he out there when you was done and walked back yo class with you?

Delivered 11:18 AM

Yes I walked ahead to the class tho

That's when I was otp with you

And the girl teacher asked me did I leave him

11:18 AM

The lady teacher that

nurse she said if I'm not bleeding or vomiting I can't go but I'm only trying to go to the bath room because I gotta go really bad

1:22 PM

What teacher

Delivered   1:23 PM

The math teacher

1:23 PM

And I'm not on the bathroom list bc she gave all the passes out

can't go in her class

Delivered  1:25 PM

So if I walk out I can't get n trouble bc I actually have to go real bad

Yes

And I have to go

1:25 PM

Let her no you on your period and my mom said go and go

Delivered  1:25 PM

They said I have to go to lunch detention for leaving class ro use the bathroom

Without permission

When u said I could

But tht was last week

11:56 AM

Gi to class and im on my way up there and who they

Delivered  11:56 AM

I'm n lunch

Gi to class and im on my way up there and who they

Delivered   11:56 AM

I'm n lunch

11:57 AM

Who

Delivered

Told you had detention

Delivered   11:57 AM

Mr valentine mr belinda and this lady

11:57 AM